Ms, Abel Acosta, or Whom Ever,
      Whom do I need to write to about
My 11.07, Habeas Corpus that was
presented to the court on 9/10/2015.
TR. CT. NO. CR 11-321A    —    WR-83, 876-01.
      I just seen parol and He read off
the statement of what was said that
I did.
      My Lawyer never read off the statement
that caused the warrent.
      I told him, and Kept telling him I
wonted to take this to trail.
      But, the deal is, I have Witness's
that I never sat on the couch or
sat Beside the Victom.
      I have Witness that when I left
I was Walked outside talking to one of
My Witness's.
      AND, I have a Witness that I
never returned when I left.
      I even have a Witness that the parent
told the Victom what to say and that
the DA coherst the Victom what to
say.
      My lowyer even told Me that part about
the DA
      Someone please help Me!

FORGIVE ME                    Sincerly Elton W. Rogers

TURN OVER please.